396 A.2d 51

Commonwealth v. James Smith, Appellant.

Submitted June 19, 1978. James A. Lynch, for appellant; Joseph J. Dougherty and D. Michael Emuryan, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 51

Commonwealth v. Kenneth Smith, Appellant.

Submitted March 31, 1978. John W. Packel, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

¨Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.